**4.4 Domestic Support Obligations ("DSO's").** *(Check all that apply.)*
☒None

**4.5 Priority Claims Other than Attorney's Fees and Those Treated in Section 4.4**
☐**None.** *If "None" is checked, the rest of § 4.5 need not be completed or reproduced.*

☒**Section 507(a) priority claims, other than attorney's fees and domestic support obligations are estimated to be as follows:**

| Creditor Name | Claim For: | Estimated Claim Amount |
|---|---|---|
| NC Department of Revenue | 2019 | $379.14 |

## Part 5: Unsecured Non-Priority Claims

**5.1 General Treatment.** After confirmation of a plan, holders of allowed, non-priority unsecured claims that are not specially classified in § 5.2 below, will receive a *pro rata* distribution with other holders of allowed, nonpriority unsecured claims from the higher of either the disposable income of the Debtor(s) over the applicable commitment period or liquidation test (see paragraph 2.5). Payments will commence after payment to the holders of allowed secured, arrearage, unsecured priority, administrative, specially classified unsecured claims, and the Trustee's fees.

Except as may be required by the "disposable income" or "liquidation" tests, or as may otherwise be specifically set forth in this Plan, no specific distribution to general unsecured creditors is guaranteed under this Plan, and the distribution to such creditors may change depending on the valuation of secured claims (including arrears) and/or the amounts which will be paid to holders of priority unsecured claims under this Plan, both of which may differ from the treatment set forth in Parts 3 and 4 of this Plan based on claims filed by secured and priority creditors, or based on further orders of the Court.

**5.2 Co-Debtor and Other Specially Classified Unsecured Claims.** *(Check one.)*
☒ **None.**

## Part 6: Executory Contracts and Unexpired Leases

**6.1 The executory contracts and unexpired leases listed below are to be treated as specified. All other executory contracts and unexpired leases are rejected. Allowed claims arising from the rejection of executory contracts or unexpired leases shall be treated as unsecured non-priority claims under Part 5 of this Plan, unless otherwise ordered by the Court.** *(Check one.)*

    ☒    None.

## Part 7: Miscellaneous Provisions

**7.1 Vesting of Property of the Bankruptcy Estate**: *(Check one.)*
Property of the estate will vest in the Debtor(s) upon:
☒ plan confirmation.
☐ discharge.